PRINT FORM RESET FORM

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

***In Re: Boston Scientific Corp.***
***Pelvic Repair System Products Liability Litigation***
***MDL No. 2326***

**Civil Action No.** 2:16-cv-03949

---

## SHORT FORM COMPLAINT

Come now the Plaintiff(s) named below, and for their Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2326 by reference. Plaintiff(s) further show the Court as follows:

1. Female Plaintiff:

   Sheila Henry

2. Plaintiff Husband (if applicable):

   Not Applicable

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   Not Applicable

4. State of Residence:

   Tennessee

5. District Court and Division in which venue would be proper absent direct filing:

   U.S. District Court for the Western District of Tennessee

   Eastern Division

6. Defendants (Check Defendants against whom Complaint is made):

   ☑ A. Boston Scientific Corporation

☐ B. American Medical Systems, Inc. (“AMS”)

☐ C. Johnson & Johnson

☐ D. Ethicon, Inc.

☐ E. C. R. Bard, Inc. (“Bard”)

☐ F. Sofradim Production SAS (“Sofradim”)

☐ G. Tissue Science Laboratories Limited (“TSL”)

☐ H. Mentor Worldwide LLC

☐ I. Coloplast Corp.

☐ J. Cook Incorporated

☐ K. Cook Biotech, Inc.

☐ L. Cook Medical, Inc.

☐ M. Desarrollo e Investigación Médica Aragonesa, S.L. (“DIMA”)

☐ N. Neomedic International, S.L.

☐ O. Neomedic Inc.

☐ P. Specialties Remeex International, S.L.

7. Basis of Jurisdiction:

☑ Diversity of Citizenship

☐ Other: ____________

A. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

Paragraph 4: Subject Matter Jurisdiction

Paragraph 5: Person Jurisdiction

Paragraph 6: Venue

B. Other allegations of jurisdiction and venue:

Not Applicable

8. Defendants' products implanted in Plaintiff (Check products implanted in Plaintiff):

- ☐ The Uphold Vaginal Support System;
- ☑ The Pinnacle Pelvic Floor Repair Kit;
- ☐ The Advantage Transvaginal Mid-Urethral Sling System;
- ☐ The Advantage Fit System;
- ☐ The Lynx Suprapubic Mid-Urethral Sling System;
- ☐ The Obtryx Transobturator Mid-Urethral Sling System;
- ☐ The Prefyx PPS System;
- ☐ The Solyx SIS System; and/or
- ☐ Other

9. Defendants' Products about which Plaintiff is making a claim. (Check applicable products):

- ☐ The Uphold Vaginal Support System;
- ☑ The Pinnacle Pelvic Floor Repair Kit;
- ☐ The Advantage Transvaginal Mid-Urethral Sling System;
- ☐ The Advantage Fit System;
- ☐ The Lynx Suprapubic Mid-Urethral Sling System;
- ☐ The Obtryx Transobturator Mid-Urethral Sling System;

- ☐ The Prefyx PPS System;
- ☐ The Solyx SIS System; and/or
- ☐ Other

____________________

____________________

10. Date of Implantation as to Each Product:

10/14/2011

____________________

____________________

11. Hospital(s) where Plaintiff was implanted (Including City and State):

Jackson-Madison County General Hospital

Jackson, Tennessee

____________________

12. Implanting Surgeon(s):

Jean Gray, M.D.

____________________

____________________

13. Counts in the Master Complaint brought by Plaintiff(s)

- ☑ Count I – Negligence
- ☑ Count II – Strict Liability – Design Defect
- ☑ Count III – Strict Liability – Manufacturing Defect
- ☑ Count IV – Strict Liability – Failure to Warn
- ☑ Count V - Breach of Express Warranty

☑ Count VI – Breach of Implied Warranty

☐ Count VII (by the Husband) – Loss of Consortium

☑ Count VIII – Discovery Rule, Tolling and Fraudulent Concealment

☑ Count IX – Punitive Damages

☐ Other Count __________ If Plaintiff asserts additional claims, please state the factual and legal basis for these claims below:

☐ Other Count __________ If Plaintiff asserts additional claims, please state the factual and legal basis for these claims below:

s/ Caryn M. Papantonakis
Attorney(s) for Plaintiff

Address, phone number, email address and bar information:

Attorneys for Plaintiff
Admitted Pro Hac Vice
TX Bar No 24013311
Johnson Law Group
55 Waugh Dr., Suite 800
Houston, TX 77007
Telephone: (713) 626-9336
Facsimile: (713) 626-3394